# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of September, two thousand and fourteen.

Before:　　　Raymond J. Lohier, Jr.,
　　　　　　　　*Circuit Judge.*
_____

Rivka Martha Moriah, *et al.*,

　　Intervenors-Appellants,

Sheryl Wultz, *et al.*,

　　Plaintiffs-Appellants,

　　v.

Bank of China Ltd.,

　　Defendant-Appellee,

State of Israel,

　　Appellee.

**ORDER**

Docket Nos. 14-3050(L), 14-3083(con)

_____

　　Appellants moves for a 45-day extension of time to respond to the motion to dismiss.

　　IT IS HEREBY ORDERED that the motion is GRANTED.  Appellants' response(s) to the motion to dismiss must be filed on or before November 10, 2014.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

